RE: Beckley v. Bissell; Beckley v. Bissell **Status**

Dear Mr. Anastas:

I am writing to [illegible]
of the [illegible]
your Court. I would [illegible]
[illegible]
in [illegible] you
[illegible]
matter. Please CC my mother, as
[illegible] frequently transferred
[illegible]
prisons?

Sincerely,

[signature]

Robert Beckley, Pro Se
21821-057
FCI Fairton
PO Box 420
[illegible] NJ 08320

&

Karen Beckley
[illegible]
[illegible]

enclosed,
find my
commissary balance
for you to see.
[illegible]

Case 1:04-cv-10909-RWZ   Document 5   Filed 06/17/2004   Page 1 of 2

FILED
CLERK'S OFFICE
2004 JUN 17 P 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS

Date: 06/10/2004  
Time: 2:45:32 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Transaction Receipt**  
Limited Official Use  

Facility: FAI

FILED CLERKS OFFICE 2004 JUN 17 P 12: 31 U.S. DISTRICT COURT DISTRICT OF MASS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21828057 | Living Quarters: | Z02-139LDS |
| Inmate Name: | **BECKLEY, ROBERT DAVID** | Arrived From: | |
| Current Site Name: | Fairton FCI | Transferred To: | |
| Housing Unit: | DL | Account Creation Date: | 4/15/2003 |

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 06/10/2004 | Local Collecti | PMO/Other NO Hol | UNKNOWN | 11405 | | $32.29 | $25.00 | $57.29 |

Current Account Balance : $57.29  
Current Pre-Release Balance : $0.00  
Current Outstanding Negotiable Instrument Balance : $0.00  
Current Encumbered Balance : $0.00  
Current Administrative Hold Balance : $0.00  
Current Available Balance : $57.29