UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909 RWZ

ROBERT DAVID BECKLEY,
    Plaintiff,

v.

CITY OF BOSTON, et. al,
    Defendants,

### DEFENDANTS CITY OF BOSTON, BOSTON POLICE DEPARTMENT, MAYOR THOMAS MENINO, PAST COMMISSIONER PAUL EVANS AND PRESENT COMMISSIONER KATHLEEN O'TOOLE'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Now come the Defendants and respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for its motion, the Defendants states:

1. The Defendants require additional time to investigate and to draft an appropriate response to Plaintiff's Complaint.

2. The Defendants request an extension until August 13, 2004 to file responses to Plaintiff's Complaint.

3. Allowing this motion will not prejudice any party to the action, and permitting the Defendants to file a responsive pleading to the Plaintiff's Complaint will further the interests of justice.

WHEREFORE: The Defendants respectfully requests this Honorable Court allow its motion to extend time to file a responsive pleading, and set the date for responsive pleading to be due on or before **August 13, 2004**

Respectfully submitted,
DEFENDANTS CITY OF BOSTON, BOSTON POLICE DEPARTMENT, THOMAS MENINO, PAUL EVANS and KATHLEEN O'TOOLE

By their attorneys,

/s/ Amy E. Ambarik
Amy E. Ambarik, BBO# 637348
Helen Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4099 (Ambarik)
(617) 635-4023 (Litsas)

**CERTIFICATE OF SERVICE**

**I, Amy E. Ambarik, hereby certify that on this date I served a copy of the foregoing documents upon: Robert Beckley, 277 Concord Road, Bedford, MA  01730, via first class mail.**

| | |
|---|---|
| **7/22/04** | **/s/ Amy E. Ambarik** |
| **Date** | **Amy E. Ambarik** |