UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909 RWZ

ROBERT DAVID BECKLEY,
    Plaintiff,

v.

CITY OF BOSTON, et. al,
    Defendants,

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Robert Beckley, as he is currently incarcerated, concerning the Defendants' Motion To Extend Time To File Responsive Pleadings to Plaintiff's Complaint and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
    DEFENDANTS CITY OF BOSTON, BOSTON
    POLICE DEPARTMENT, THOMAS MENINO,
    PAUL EVANS and KATHLEEN O'TOOLE

    By their attorneys,

    /s/ Amy E. Ambarik
    Amy E. Ambarik, BBO# 637348
    Helen Litsas, BBO# 644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, Boston City Hall
    Boston, Massachusetts 02201
    (617) 635-4099 (Ambarik)
    (617) 635-4023 (Litsas)

**I, Amy E. Ambarik, hereby certify that on this date I served a copy of the foregoing documents upon: Robert Beckley, 277 Concord Road, Bedford, MA  01730, via first class mail.**

**7/22/04**    **/s/ Amy E. Ambarik**
**Date**         **Amy E. Ambarik**