UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10909- RWZ

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, BOSTON POLICE DEPARTMENT, CITY OF BOSTON, PAST MASSACHUSETTS POLICE COMMISSIONER PAUL EVANS, PRESENT MASSACHUSETTS POLICE COMMISSIONER KATHLEEN O'TOOLE, IN HER OFFICIAL CAPACITY AND INDIVIDUAL CAPACITIES, BOSTON POLICE OFFICER JOSEPH KING IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, JOHN DOES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT POLICE OFFICER JOSEPH KING'S MOTION FOR 30
DAY EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER
TO PRO SE COMPLAINT**

Now comes the defendant, Police Officer Joseph King, in his official and individual capacity, and respectfully moves this Honorable Court for a 30 day extension of time within which to answer the complaint in the above referenced case. As reasons herefore, the defendant states the following.

1. This case arises from an incident that occurred on May 10, 2002 while defendant King was acting in his capacity as a Boston Police Officer.

2. On July 12, 2004, the defendant received a copy of the complaint in this case in his departmental mailbox.

3. On July 12, 2004, following Boston Police Department protocol, the defendant submitted a report to his commanding officer requesting representation and indemnification from the City of Boston in the above referenced lawsuit. This request was also mailed to the Legal Advisor

for the Boston Police Department and the Chief of Litigation for Boston City Hall on that same date.

4. On July 23, 2004, the undersigned counsel was advised by an attorney for the City of Boston that due to preparation and litigation surrounding the Democratic National Convention, the defendant's request for representation and indemnification had not been completed processed and acted upon.

The undersigned counsel, acting on the defendant's behalf, hereby moves for an extension of 30 days for defendant Police Officer Joseph King to answer the defendant's complaint in this case once the matter of representation has been clarified by the City of Boston.

Respectfully submitted,

Defendant,
BOSTON POLICE OFFICER JOSEPH KING
By his Attorney,

_Kenneth H. Anderson_
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: July 26, 2004

### CERTIFICATION PURSUANT TO LOCAL RULE 37.1

The undersigned counsel has not attempted to obtain an extension of time in which to answer the complaint from the *pro se* plaintiff in the above referenced case as the plaintiff is currently believed to be incarcerated in New Jersey. The plaintiff has listed his mother's mailing address in his complaint.

_Kenneth H. Anderson_
Kenneth H. Anderson, Esq.

## CERTIFICATE OF SERVICE

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **DEFENDANT POLICE OFFICER JOSEPH KING'S MOTION FOR 30 DAY EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER TO PRO SE COMPLAINT,** by postage prepaid, first class mail, upon the following counsel of record on July 26, 2004:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA 01730

Amy E. Ambarik, Esq.
City of Boston Law Department
Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201

_____
Kenneth H. Anderson, Esq.