FILED
CLERKS OFFICE
2004 JUL 30 P 12:53
U.S. DISTRICT COURT
DISTRICT OF MASS

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
BOSTON, MA 02108

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0730 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KPWVRT |
| Total Postage & Fees | $ 4.42 | 07/29/04 |

Sent To: Joseph King Boston Police Headq.
Street, Apt. No.; or PO Box No.: 364 Warren St
City, State, ZIP+4: Boston, MA 02108

PS Form 3800, June 2002       See Reverse for Instructions

CA 04-10909-RWZ

July 29, 2004

Dear Clerk of the Court,

Please add this receipt showing I mailed a copy of the summons & default judgement to Mr. Joseph King.

I dropped off the copy yesterday in the morning to be filed.

To be noticed 21 days after he was served on 7/7/24.

Sincerely,
Robert Buckley Pro se
of Kieran Buckley
277 Concord Rd.
Bedford, MA 01730
781-275-9394

Pro SE Robert Beckley
c/o Karen Beckley
277 Concord RD
Bedford, MA 01730

July 28, 2004

Tony Anastas, Clerk of Court
US District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Plaintiffs request for clerk to enter default judgement for relief requested in complaint pursuant to F. Rules of CvP Rule 55 (b)(1) by clerk of court:

Dear Mr. Anastas:

I am requesting that you enter default judgement for the Plaintiff in Beckley v City of Boston, et al, for the Relief demanded in the complaint, $35,000,000. City of Boston was served on 7/7/04, and had 20 days to respond. I have received no response as of this date. The plaintiff is further demanding $2,000 for the costs associated with this complaint. Judgement is demanded against Defendants Mr. Joseph King

Wherefore, This Plaintiff requests this Clerk/Court to enter judgement for the Plaintiff in the sum certain of $35,002,000 as

Page 2 Affidavit of default judgement
Case 1:04-cv-10909-RWZ   Document 11   Filed 07/30/2004   Page 3 of 5
Beckley v. City of Boston, et al

a result of the defendants default pursuant to 55(b)(1) F R Cv P.

Signed under the pains and penalties of Perjury This ___ day of ___ 2004.

Respectfully Submitted,

*[signature]*

Robert Beckley, Mose
C/o Karen Beckley
277 Concord RD
Bedford, MA 01730

## Statement of Karen Beckley

I Karen Beckley, state under the pains of perjury, that I am the owner and resident of 277 Concord road, Bedford, MA 01730, and as of this date, I have not received an answer from the aforementioned Defendants.

7/28/04
DATE

*[signature]*
Karen Beckley

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

ROBERT DAVID BECKLEY

V.

CITY OF BOSTON, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11909-RWZ

TO: (Name and address of Defendant)

Mr. Joseph King
Boston Police Headquarters
One Schroder Plaza
Boston, MA 02120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, pro se
c/o Karen Beckley
277 Concord
Bedford, MA 01730

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK      _(signature)_      6/23/84
                              DATE

(By) DEPUTY CLERK





**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

July 16, 2004

I hereby certify and return that on 7/7/2004 at 4:15:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Marisa Henderson, for Joseph King, Mr., at, 364 Warren Street, Boston Police Headquarters Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Pierce Waltower, Jr.

_____
Deputy Sheriff

☐ Other (specify): _____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                    Signature of Server

                              _____
                                    Address of Server



to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.