AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

ROBERT DAVID BECKLEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF BOSTON, ET AL.,

CASE NUMBER:  04-11909-RWZ

TO: (Name and address of Defendant)

Mr. Joseph King
Boston Police Headquarters
One Schroder Plaza
Boston, MA 02120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, pro se
c/o Karen Beckley
277 Concord
Bedford, MA 01730

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

6/22/04

CLERK

DATE

(By) DEPUTY CLERK



AO 440 (Rev. 10/93) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

Suffolk, ss.

July 16, 2004

I hereby certify and return that on 7/7/2004 at 4:15:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Marisa Henderson, for Joseph King, Mr., at, 364 Warren Street, Boston Police Headquarters Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  Pierce Waltower, Jr.

                                                                    Deputy Sheriff

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*


                                       _____
                                                  *Address of Server*



(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.