July 28, 2004
Today's Date

Robert Beckley
Pro Se
c/o Karen Beckley
277 Concord RD
Bedford, MA 01730

FILED
IN CLERK'S OFFICE
2004 JUL 28  A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

Tony Anastas, Clerk of Court
US District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Plaintiffs request for clerk to enter default judgement for relief requested in complaint pursuant to F. Rules of CvP Rule 55 (b)(1) by clerk of court:

Dear Mr. Anastas:

I am requesting that you enter default judgement for the Plaintiff in <u>Beckley v City of Boston</u>, et al, for the Relief demanded in the complaint, $35,000,000. City of Boston was served on 7-7-2004, and had 20 days to respond. I have received no response as of this date. The Plaintiff is further demanding $2,000 for the costs associated with this complaint. Judgement is demanded against Defendants <u>Mr. Joseph King</u>

Wherefore, this Plaintiff requests this Clerk Court to enter judgement for the Plaintiff in the sum certain of $35,002,000 as

Page 2: Affidavit for default Judgement
Beckley v. City of Boston, et al

a result of the defendants default pursuant to 55(b)(1) F.R.Cv.P.

Signed under the pains and penalties of perjury This 28 day of July 2004.

Respectfully submitted,

*[signature]*

Robert Beckley, Rose
c/o Karen Beckley
277 Concord Rd
Bedford, MA 01730

## Statement of Karen Beckley

I Karen Beckley, state under the pains of perjury, that I am the owner and resident of 277 Concord road Bedford, MA 01730, and as of this date, I have not received an answer from the aforementioned Defendants.

7/28/2004
DATE

*Karen Beckley [signature]*
Karen Beckley