July 28, 2004
Todays Date

Robert Beckley
Pro Se
c/o Karen Beckley
277 Concord RD
Bedford, MA 01730

FILED
IN CLERKS OFFICE

2004 JUL 28  A 11:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

Tony Anastas, clerk of Court
US District Court
District of Massachusetts
1 Courthouse way
Boston, MA 02210

RE: Plaintiffs request for clerk to enter
default judgement for relief requested
in complaint pursuant to F. Rules of CuP
Rule 55 (b)(1) by clerk of court:

Dear Mr. Anastas:

I am requesting that you enter default
judgement, for the plaintiff in Beckley v
City of Boston, et al, for the Relief demanded
in the Complaint, $35.000,000. City of
Boston was served on 7-7-2004, and had
20 days to respond. I have received no
response as of this date. The plaintiff
is further demanding $2,000 for the costs
associated with this complaint.
Judgement is demanded against Defendants
MR. Joseph King

Wherefore, This Plaintiff requests this clerk
court to enter judgement for the Plaintiff
in the sum certain of $35,002,000 as

Page 2: Affidavit for default Judgement

Beckley v. City of Boston, et al

a result of the defendants default
pursuant to 55(b)(1) F.R.Cv.P.

Signed under the pains and penalties of Perjury
This 28 day of July 2004.

Respectfully submitted,

Robert Beckley, MoSe
C/o Karen Beckley
277 Concord RD
Bedford, MA 0030

Statement of Karen Beckley

I Karen Beckley, state under the pains of perjury,
that I am the owner and resident of
277 Concord road Bedford, MA 01730, and
as of this date, I have not received
an answer from the aforementioned
Defendants.

7/28/2004
DATE

Karen Beckley
Karen Beckley