

—Plaintiff

}

FILED

909-RWZ

Bozru et al
—Defendant

}

Now

complaint

re serving of a true copy of the
Complaint

Plaintiff's Knowledge
of the complaint

Fault

1)

2)

The Plaintiff

4. His mail has been tampered with, _____ never been sent out and/or refused _____ _____ of _____.

5. The Plaintiff _____ _____ _____ _____ _____ had _____ _____ _____ _____

6. The _____ _____ _____ _____ _____ of the _____ _____ situation.

7. The Plaintiff _____ _____ _____ _____ _____ _____ _____ _____ _____

8. The Defendant _____ _____ _____ of the _____ and _____ an _____ _____ _____ _____

9. _____ _____ Plaintiff _____ _____ _____ of delay _____ the Plaintiff has until 10/24/04 to serve them.

10. _____ requested _____ _____ 30 days _____

_____ _____ _____ _____ No Problem