Mr. Tony [illegible]as
Clerk of Court
One Courthouse Way
Boston, MA 02210

FILED
IN CLERK'S OFFICE
2004 AUG 13 P 12: 57
US DISTRICT COURT
DISTRICT OF MASS.

RE: Berkley v. City of Boston et al
    1:04-cv-10909-RWZ
    Service of Summons

Dear Clerk of Court:

Please accept this letter in [illegible].
I have just learned that my Mother Karen Berkley, without my authorization or consent, served upon all defendants in the instant matter summons including complaints that were not true copies of the complaint on file. She must clear up this issue as she signed under oath it was a true copy!

I have notified counsel at [illegible] and [illegible] that this will be corrected in a timely manner.

Please note my request to stay the judges order for an answer as to defendants in the instant case.

[illegible] was purely accidental.

[illegible]

[illegible] or 10/03/04 for [illegible]

The Defendants can not claim prejudice. If anything, the delay will benefit them to better prepare their Answer and defense.

My mother's mistake was an honest one.

She will be going to your office to get a copy of the complaint on file, and serve upon the Defendants the said complaint, as I cant serve them from here in Prison.

I have contacted Defendants counsel Amy Ambarik and she informed me that they have not as of yet begun drafting the answer, and I informed her of the situation, and that I would be filing to stay Judge Zobels order requesting an answer. I have copied Defendants the city's counsel as well.

Thank you for your aid and assistance in this matter.

Sincerely,

cc: Judge Zobel
    Amy Ambarik
    Kenneth
    Mayor Healey