[illegible return address block]
PO Box [illegible]
Boston NJ [illegible]

Mr. Tony Anastas
Clerk of Court
US District Court
1 Courthouse Way
Boston MA, 02210

FILED
IN CLERKS OFFICE

2004 AUG 16  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Beckley v. City of Boston
    1:04-cv-10909-RWZ

Dear Mr Clerk:

I am writing to you in regards to my mother (without my consent) serving an incorrect version of the complaint in this matter.

Upon review, all defendants are represented by the same counsel, and it would not (in my layman's opinion) be efficient, nor serve the publics interest to reserve everyone. I would respectfully request that the court consider mailing a true copy of the complaint, certified mail to all counsel of record (myself included). I will reimburse the costs if necessary.

This is the first civil action I have ever [illegible]...

custody unit makes getting the case even more difficult.

I have no access to a telephone, nor adequate legal reference materials here at FCI Fairton. I have also filed a motion for habeas corpus ad prosequendum. It is imperative that I am somewhere that I will have access to legal materials, and a telephone. Additionally, I have been on multiple occasions had my mail discarded, delayed, and I've even had mail refused that was sent by my appellate counsel and returned to her (see motion for writ exhibit). If this court would be so kind as to grant this writ pending disposition of the two cases (1:04-cv-10909; cv-10906-RWZ) it would be mutually beneficial. There will be multiple court hearings, and it makes more sense than to have me transported back and forth. If you could/would expedite that motion, I would appreciate it.

Thank you for your time, attention and consideration to this request.

Sincerely,

[signature]