AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ROBERT DAVID BECKLEY

V.

CITY OF BOSTON, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 [illegible]

TO: (Name and address of Defendant)

MR. Joseph King
Boston Police Headquarters
364 Warren St
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley
c/o Karen Beckley
277 Concord Rd
Bedford, MA 01730

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature]   DATE: 8-13-04

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

[illegible]
I hereby [illegible] that [illegible] 2004 at 9:50AM I served a true and attested [illegible] Summons and Complaint in this action in the following manner: [illegible] Arthur O'Neill, Clerk, for Joseph King, [illegible] Boston Police Headquarters Boston, MA [illegible] U.S. District [illegible] Service fee [illegible] Travel [illegible] Postage and Handling [illegible] Total Charges [illegible]

Deputy Sheriff [illegible]

Deputy Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date

______________ *Signature of Server*

______________ *Address of Server*

(1) As to