AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Robert David Beckley

v.

City of Boston, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04

TO: (Name and address of Defendant)

City of Boston
Boston City Hall
One City Hall Square
Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, Pro se
c/o Karen Beckley
277 Concord Rd
Bedford, MA 01730

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  8-13-04

Deputy Sheriff

Deputy Sheriff [illegible]

August [illegible], [illegible]

I hereby certify and return that on 8/18/2004 at 9:50AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jim Carrusso, agent for Boston, City OF, at , One City Hall Plaza, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $[illegible]

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

040/928