UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909-RWZ

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, in his official and individual capacities, BOSTON POLICE DEPARTMENT, Past Massachusetts Police Commissioner, PAUL F. EVANS, Present Massachusetts Police Commissioner KATHLEEN O'TOOLE, in her official and individual capacities, Boston Police Officer, JOSEPH KING, in his official and individual capacities, JOHN DOES<br>    Defendants. | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

      Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Robert Beckley, as he is currently incarcerated, concerning the *Defendant City Of Boston's Motion To Dismiss Counts I – III, Count IV (Respondeat Superior Theory), And Counts V – XI Of Plaintiff's Complaint* and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

      Respectfully submitted,
      DEFENDANT, CITY OF BOSTON
      Merita A. Hopkins
      Corporation Counsel

      By its attorneys:


      /s/ Amy E. Ambarik
      Amy E. Ambarik, Esq., BBO# 637348
      Helen G. Litsas, Esq., BBO#644848
      Assistant Corporation Counsel
      City of Boston Law Department
      Room 615, City Hall
      Boston, MA 02201
      (617) 635-4099 (Ambarik)
      (617) 635-4023 (Litsas)

<u>CERTIFICATE OF SERVICE</u>

      I, Amy E. Ambarik, hereby certify that I served *CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)* upon the Plaintiff by mailing a copy, postage prepaid, to:

      Robert David Beckley, Pro Se
      277 Concord Rd.
      Bedford, MA  01730

| 9/7/04 | /s/ Amy E. Ambarik |
|---|---|
| Date | Amy E. Ambarik |