UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909-RWZ

ROBERT DAVID BECKLEY,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, in his official and individual capacities, BOSTON POLICE DEPARTMENT, Past Massachusetts Police Commissioner, PAUL F. EVANS, Present Massachusetts Police Commissioner KATHLEEN O'TOOLE, in her official and individual capacities, Boston Police Officer, JOSEPH KING, in his official and individual capacities, JOHN DOES
    Defendants.

**DEFENDANT MAYOR THOMAS MENINO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The plaintiff brings several causes of action against the Defendant, Mayor Thomas Menino and numerous others[1], alleging various civil rights, intentional torts and negligence claims stemming from an incident on May 10, 2002. Pursuant to Fed. Civ. R. 12(b)(6), the defendant, Mayor Thomas Menino ("Defendant" or "Defendant Mayor") moves to dismiss all counts of the Plaintiff's Complaint. In support of said motion, the Defendant Mayor submits the attached Memorandum.

---

[1] In total, the plaintiff has brought suit against the following defendants: (1) City of Boston; (2) Mayor Thomas Menino; (3) Boston Police Department, (4) Commissioner Kathleen O'Toole; (5) Former Commissioner Paul Evans; (6) Boston Police Officer Joseph King; and (7) John Does - unknown police officers and supervisors of Joseph King.

WHERFORE the Defendant, Mayor Thomas Menino, moves this Honorable Court to dismiss all allegations and claims against him as contained in the Plaintiff's Complaint in Counts I-XI.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION**

Respectfully submitted,

DEFENDANT, MAYOR THOMAS MENINO
Merita A. Hopkins
Corporation Counsel

By his attorneys:

/s/ Amy E. Ambarik
Amy E. Ambarik, Esq., BBO# 637348
Helen G. Litsas, Esq., BBO#644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099 (Ambarik)
(617) 635-4023 (Litsas)

CERTIFICATE OF SERVICE

I, Amy E. Ambarik, hereby certify that I served Defendant, Mayor Thomas Menino's Motion to Dismiss upon the Plaintiff by mailing a copy, postage prepaid, to:

Robert David Beckley, Pro Se
277 Concord Rd.
Bedford, MA  01730

9/7/04                                                    /s/ Amy E. Ambarik
Date                                                       Amy E. Ambarik

2