UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909-RWZ

ROBERT DAVID BECKLEY,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, in his official and individual capacities, BOSTON POLICE DEPARTMENT, Past Massachusetts Police Commissioner, PAUL F. EVANS, Present Massachusetts Police Commissioner KATHLEEN O'TOOLE, in her official and individual capacities, Boston Police Officer, JOSEPH KING, in his official and individual capacities, JOHN DOES
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Robert Beckley, as he is currently incarcerated, concerning the *Defendant Mayor Thomas Menino's Motion To Dismiss* and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel

    By its attorneys:

    /s/ Amy E. Ambarik
    Amy E. Ambarik, Esq., BBO# 637348
    Helen G. Litsas, Esq., BBO#644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4099 (Ambarik)
    (617) 635-4023 (Litsas)

CERTIFICATE OF SERVICE

 I, Amy E. Ambarik, hereby certify that I served *CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)* upon the Plaintiff by mailing a copy, postage prepaid, to:

 Robert David Beckley, Pro Se
 277 Concord Rd.
 Bedford, MA  01730


| | |
|---|---|
| 9/7/04 | /s/ Amy E. Ambarik |
| Date | Amy E. Ambarik |