UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

Robert David Beckley,                                          )
*Plaintiff                                                     )
                                                               )
          v.                                                   )
                                                               )
City of Boston,                                                )
Boston Mayor Thomas Menino,                                    )          CIVIL ACTION
In his official and individual capacities,                     )
Boston Police Department, City of Boston,                      )          No. 04-CV-10909 RWZ
Past Massachusetts Police Commissioner Paul Evans,             )
Present Massachusetts Police Commissioner Kathleen O'Toole,    )
In her official and individual capacities, Boston              )
Police Officer Joseph King in his official and individual capacities, )
John Does,                                                     )
*Defendants                                                    )

## MOTION OF THE DEFENDANT, BOSTON POLICE
## OFFICER JOSEPH KING, FOR EXTENSION OF TIME TO FILE ANSWER

The defendant, Boston Police Officer Joseph King ("Officer King"), hereby moves this Honorable

Court for an extension of time within which to file an Answer to the plaintiff's corrected Complaint.  In

support of this Motion, Officer King states as follows:

### FACTS

On May 7, 2004, the plaintiff filed suit against the City of Boston; Boston Mayor Thomas Menino, in

his official and individual capacities; Boston Police Department; City of Boston; Past Massachusetts Police

Commissioner Paul Evans; Present Massachusetts Police Commissioner Kathleen O'Toole, in her official and

individual capacities; Boston Police Officer Joseph King, in his official and individual capacities; John Does,

arising out of injuries he sustained as a result of a shooting that occurred.  At all relevant times, Officer King

was a police officer with the City of Boston.

Based on a review of this Court's docket sheet, on July 27, 2004, counsel for Officer King, Kenneth H.

Anderson, filed a Motion for an extension of time to file a response to plaintiff's Complaint on behalf of

Officer King.  On July 27, 2004, the Court allowed Officer King's motion and extended the time within

which to respond to the Complaint up to and including August 27, 2004.  On August 18, 2004, the Court entered an order allowing plaintiff's motion to file correct pleadings and extended the time within which to respond to the corrected Complaint up to and including September 8, 2004

The City of Boston recently retained Walter B. Prince of Prince, Lobel, Glovsky & Tye, LLP to take over the representation of Officer King.  The City sent the Complaint, which is presumably the "corrected" pleading this Court allowed the plaintiff to file, to Attorney Prince on September 1, 2004.  A response to this Complaint was due on September 8, 2004.  Attorney Prince was on vacation from September 1, through 8, 2004.

The plaintiff, who is pro se, is incarcerated at FCI Fairton, Fairton, New Jersey and cannot be easily reached.  Upon his return from vacation, on September 9, 2004, Attorney Prince contacted the plaintiff's mother to explain the change in Officer King's counsel and request an extension of time within which to respond to the plaintiff's Complaint.  Attorney Prince left messages for the plaintiff's mother, but has not heard back from her regarding his request for additional time.  Attorney Prince was, therefore, forced to file this motion.

On September 8, 2004, Attorney Prince's assistant, Colleen Sullivan, spoke with Attorney Anderson, Officer King's former counsel.  Attorney Anderson faxed to Attorney Prince a copy of an email sent to him by plaintiff's mother, Karen Beckley.  A copy of the email is attached hereto as Exhibit A.  The email indicates that the plaintiff intends to amend his Complaint again and requested counsel to, "Please disregard the latest complaint that was served."

## ARGUMENT

Officer King could not respond to the plaintiff's Complaint in a timely fashion as his counsel, Attorney Prince, was away on vacation when he was assigned the case and the response was due.  Despite his best efforts, Attorney Prince could not obtain an extension of time from the plaintiff.

Officer King needs an additional 30 days to file a response.  The plaintiff will not be prejudiced by the allowance of this Motion.  In fact, a response to the plaintiff's current Complaint may not be necessary if, as the plaintiff's mother indicates in her email, the plaintiff files yet another amended Complaint.

WHEREFORE, for the foregoing reasons, the defendant Officer King respectfully requests that this Honorable Court allow him 30 days from the date of this Motion to respond to the plaintiff's Complaint.

Respectfully submitted,

BOSTON POLICE OFFICER JOSEPH KING

By his attorneys,

Walter B. Prince
Kristin M. Knuuttila
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date: September 9, 2004

**<u>EXHIBIT A</u>**

**Kenneth Anderson**

**From:**     <KJB38938@aol.com>
**To:**        <Amy.Ambarik@ci.boston.ma.us>;
**Sent:**      Tuesday, September 07, 2004 7:26 AM
**Subject:**  Robert Beckley/filing an amended complaint
I am writing you per Robert's letter. He is planning to file an amended complaint this week. He said the judge granted permission. Please disregard the latest complaint that was served.

Sincerely,

Karen Beckley
78 275-9394

cc: Amy Ambarik
cc: Kenneth Anderson
cc: Robert Beckley by mail

SEP-07-2004  15:43    FROM  617 265 3627                TO  16174568100                      P.02

TOTAL P.02

9/7/2004