AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Robert DAVID BECKLEY

V.

CITY OF BOSTON, ET AL

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

MR. Paul Evans, Former Police Commissioner
Boston Headquarters
Boston Police Department
One Schroeder Plaza
Boston, MA 02120

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert David BECKLEY, PRO SE
c/o Karen Beckley
277 Concord Rd.
Bedford, MA 01730

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 8/13/04

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                      Signature of Server

_____
Address of Server

---

(04919877)

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

September 1, 2004

I hereby certify and return that on 8/30/2004 at 1:25PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Mark Kervin, cadet, for Paul Evans, Mr. Former Police Commissioner, at , One Schroder Plaza, Boston Police Headquarters Boston, MA 02120. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00



Deputy Sheriff Pierce Walltower, Jr.    Deputy Sheriff