Dist[...]

Robert Beckley  }   - Motion for leave to
- Plaintiff       }   file amended COMPLAINT
                  }
v.                }
                  }   [case number]
City of Boston, et al }
Defendants        }

Now com[es] the [plaint]iff, Robert Beckley,
and [...] move[s] this court for leave
to file an amended complaint. In
[support] [...] the [plaintiff] states as
[follows]:

1. An incorrect, early version of the
[complaint was inadvertently] filed in
this matter by the plaintiff's [...].

2. The incorrect [complaint] contains [many]
errors.

3. [...] would be [inherently prejudiced]
if [not allowed] to [file correct pleadings].

4. The [plaintiff...]

5. The plaintiff [is in solitary confinement]
and has no access to a telephone to
call his mother.

6. The Plaintiff is making a good faith effort to have the correct complaint filed as soon...

7. Plaintiff's mother contacted counsel of record for the Defendant, [illegible], to inform them [illegible] intentions to file an amended complaint pursuant to the court's prior order (document #15 front page) and that she should request an extension.

8. Defendant should have filed a motion requesting [illegible] but [illegible] not to.

9. Due process requires [illegible] this motion be allowed.

Wherefore the Plaintiff respectfully moves this [illegible] amended complaint [illegible] Due Process.

Statement of service 9-9-04 [illegible]
[illegible]
motion
[illegible] counsel of [illegible]

c/o 277 Concord Rd
[illegible]