UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Beckley<br>- Plaintiff<br><br>v.<br><br>City of Boston, et al<br>- Defendants | Motion to Strike Defendants' Motions to Dismiss<br><br>1:04-cv-10909-RWZ |

Now comes the Plaintiff, Robert Beckley, and respectfully moves this Honorable Court to strike the Defendants' City of Boston and Thomas Menino's motions to dismiss due to a violation of L.R. D Mass 7.1 (A)(2). In support thereof, the Plaintiff states as follows:

1. The Plaintiff received no correspondance from the Defendants' prior to the motions to Dismiss being filed.

2. The Plaintiff wrote a letter to Defendants' counsel notifying her that the Plaintiff would be filing an amended complaint with the clerk of court, and to file for an extension of about August 23rd, 2004.

3. The Plaintiff neither notified Defendants' counsel of his intent to amend the complaint.

4. The Plaintiffs mother spoke to Defense counsel numerous times prior to the filing of the said motions.

5. At no time did counsel make any mention of any motions to dismiss, but rather stated "I can't wait any longer, this is my last day. You will receive my answer in a few days".

6. Defense counsel was obligated to inform the Plaintiff of his intent to move to dismiss.

7. Defense counsel either intentionally or with reckless disregard, failed to do so.

8. As a direct and proximate result of the Defense counsel's failure to comply with L.R. 7.1(A)(2), the Plaintiff has suffered from prejudice including but not limited to having to prepare for this motion, and having to prepare a reply to the Defendants' motion to Dismiss.

9. Furthermore had Defendants complied with L.R. 7.1 (A)(2), there remains a reasonable probability that the parties involved may have been settled, and still may or are to resolve and/or mediate the issues at hand.

10. This procedural defect requires the said documents be stricken from the record and this motion be granted.

11. The Plaintiff will not use any more valuable court resources to address the content of the Defendants' motion to dismiss, unless specifically directed to do so by this court.

WHEREFORE, the Plaintiff respectfully moves this court to strike the Defendants' City of Boston and Thomas Menino's motions to dismiss pursuant to a violation of Local Rule 7.1 (A)(2).

Signed under the pains and penalties of perjury this the 13th of September 2004.

Respectfully Submitted,

Robert Beckley, Pro Se
c/o Karen Beckley
[address illegible]

Statement of Service

[I] caused to be delivered postage prepaid a copy of this motion and [illegible] to all persons listed in compliance with Fed. R. Civ. P.

[signature]

**Affidavit of plaintiff's mother, Karen Beckley**

I Karen Beckley, here by state under the pains and penalties of perjury that:

1. I am the plaintiff's mother.

2. I have been in frequent contact with defense counsel Amy Ambarik.

3. I informed defense counsel that we would be filing an amended complaint prior to her filing and/or service of the motions to dismiss.

4. Defense counsel never informed me that she would be filing a motion to dismiss.

5. I first learned of the motions to dismiss when I received them in the mail, on or about September 9th, 2004, 2 days late.

The foregoing statements are true and correct to the best of my knowledge.

_Karen Beckley_            _9/17/04_

Karen Beckley            Date