UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10909- RWZ

ROBERT DAVID BECKLEY, )
    Plaintiff )
)
vs. )
)
CITY OF BOSTON, BOSTON MAYOR )
THOMAS MENINO, IN HIS OFFICIAL AND )
INDIVIDUAL CAPACITIES, BOSTON POLICE )
DEPARTMENT, CITY OF BOSTON, PAST )
MASSACHUSETTS POLICE COMMISSIONER )
PAUL EVANS, PRESENT MASSACHUSETTS )
POLICE COMMISSIONER KATHLEEN )
O'TOOLE, IN HER OFFICIAL CAPACITY AND )
INDIVIDUAL CAPACITIES, BOSTON POLICE )
OFFICER JOSEPH KING IN HIS OFFICIAL AND )
INDIVIDUAL CAPACITIES, JOHN DOES, )
    Defendants )

## NOTICE OF WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL RULE 83.5.2

Now comes Attorney Kenneth Anderson, and hereby withdraws his representation of Police Officer Joseph King in the above referenced case. As reasons herefore, the undersigned counsel only filed a motion for an extension of time within which to answer the plaintiff's complaint of Police Officer King so as to protect Officer King's rights while the City of Boston resolved the issue of representation and retained an attorney to represent Officer King. Since that time, Attorney Walter Prince has been retained by the City of Boston and will be representing Officer King in this case. Therefore, the undersigned counsel moves to withdraw from this case.

Respectfully submitted,

Defendant,
BOSTON POLICE OFFICER JOSEPH KING
By his Attorney,

/s/ Kenneth H. Anderson
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: September 17, 2004

## **CERTIFICATE OF SERVICE**

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **NOTICE OF WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL RULE 83.5.2**, by postage prepaid, first class mail, upon the following counsel of record on September 17, 2004:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA 01730

Amy E. Ambarik, Esq.
City of Boston Law Department
Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201

Walter Prince, Esq.
Prince, Lobel, Glovsky & Tye
585 Commercial Street
Boston, MA 02109

Officer Joseph S. King
8 Old Colony Road
Hull, MA 02045

_____
Kenneth H. Anderson, Esq.