UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909 RWZ

ROBERT DAVID BECKLEY,
    Plaintiff,

v.

CITY OF BOSTON, et. al,
    Defendants,

**DEFENDANTS CITY OF BOSTON'S AND MAYOR THOMAS MENINO'S, OPPOSITION TO THE PLAINTIFF'S MOTION TO STIKE THEIR MOTIONS TO DISMISS**

Now come the Defendants and respectfully move this Honorable Court, to deny the Plaintiff's Motion to Strike their Motions to Dismiss. As grounds for their motion, the Defendants state:

1. The Defendants, the City of Boston and the Mayor, were served with a second Complaint on August 18, 2004.

2. The City and Mayor's due date for responsive pleadings was September 7, 2004, twenty (20) days following the date of service.

3. On September 7, 2004, the due date, Plaintiff's mother, Karen Beckley, emailed Counsel for the Defendants stating that the Plaintiff intended to file an amended complaint, and that the Judge had granted such permission to the Plaintiff.

4. On September 7, 2004, Counsel for the Defendants contacted Jay Johnson, Docket Clerk to Judge Zobel, and inquired as to whether such permission had been granted. Mr. Johnson informed Counsel that as of September 7, 2004, the Judge had not granted the Plaintiff permission to file an amended complaint.

5. As September 7, 2004 was the due date for the responsive pleadings, and upon receiving the above information from the Judge's Clerk, Counsel for the Defendants filed the responsive pleadings and motions to dismiss in the interest of protecting her clients' interests, rather than have the City and Mayor defaulted for lack of response.

    Also, Counsel had already completed the extensive pleadings in order to abide by the deadlines set by this Court.

6. Counsel for the Defendants is under no obligation to discuss these matters with the Plaintiff's mother, as she is not an attorney, and has relatively little knowledge of the substantive issues in this case.

7. Plaintiff is currently incarcerated in federal prison in Connecticut, and is in fact in solitary confinement, unable to make phone calls.

8. As a result of the Plaintiff's incarceration, it is unduly burdensome for Defendants Counsel to confer with the Plaintiff regarding the substantive issues, and conferring does not promote judicial economy in this case.

9. Per L.R. 7.1, Defendants' Counsel did file the appropriate Certificates of Conference with this Court indicating the hardship of attempting to communicate with the Plaintiff regarding the motions to dismiss, because of his incarceration.

    WHEREFORE:  The Defendants respectfully requests this Honorable Court deny the Plaintiff's Motion to Strike and that the City of Boston's and Mayor Thomas Menino's Motions to Dismiss be deemed properly filed pursuant to the Federal Rules of Civil Procedure.

    Respectfully submitted,
DEFENDANTS CITY OF BOSTON, BOSTON POLICE DEPARTMENT, THOMAS MENINO, PAUL EVANS and KATHLEEN O'TOOLE

By their attorneys,

/s/ Amy E. Ambarik
Amy E. Ambarik, BBO# 637348
Helen Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4099 (Ambarik)
(617) 635-4023 (Litsas)

CERTIFICATE OF SERVICE

    I, Amy E. Ambarik, hereby certify that on this date I served a copy of the foregoing documents upon: Robert Beckley, 277 Concord Road, Bedford, MA 01730, via first class mail.

| | |
|---|---|
| <u>9/21/04</u> | <u>/s/ Amy E. Ambarik</u> |
| Date | Amy E. Ambarik |