UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909-RWZ

ROBERT DAVID BECKLEY,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, in his official and individual capacities, BOSTON POLICE DEPARTMENT, Past Massachusetts Police Commissioner, PAUL F. EVANS, Present Massachusetts Police Commissioner KATHLEEN O'TOOLE, in her official and individual capacities, Boston Police Officer, JOSEPH KING, in his official and individual capacities, JOHN DOES
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for the following defendants in the above-entitled action: City of Boston, Boston Police Department, Mayor Thomas Menino (both individually and in his individual capacity), Paul Evans (both individually and in his individual capacity), and Kathleen O'Toole (both individually and in her individual capacity).

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel
    By its attorney:

    /s/ Helen G. Litsas
    _____
    Helen G. Litsas, BBO#644848
    Assistant Corporations Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201 (617) 635-4023