CERTIFICATE OF SERVICE

      I, Helen G. Litsas, hereby certify that I served a <u>Notice of Appearance</u> upon the Plaintiff by mailing a copy, postage prepaid, to:

>Robert David Beckley, Pro Se
>277 Concord Rd.
>Bedford, MA  01730

<u>10/25/04           </u>                           <u>/s/ Helen G. Litsas    </u>
Date                                            Helen G. Litsas