Lynn Weissman
One Courthouse Way
Boston MA 02210

FILED
CLERKS OFFICE
2005 MAR 11 P 12:34
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Beckley v. City of Boston
    Beckley v. BROWNING Ferris Industries
    04-10909 RWZ

Dear Ms. Weissman,

Please advise us to the status of these cases.

Please [illegible] in them and advise as to the time period we have to seek a Motion of reconsideration [illegible] on [illegible] your ruling.

Sincerely,

[signature]
J.P. Beckley