District of Mass.

Robert Beckley
— Plaintiff

v.

City of Boston, et al
— Defendants

NOTICE OF APPEAL

FILED
IN CLERKS OFFICE
2005 MAR 14
U.S. DISTRICT COURT
DISTRICT OF MASS

04-CV-10909-RWZ

The Plaintiff hereby gives his notice to appeal the recent order of dismissals to the First Circuit USCA.

It should be noted that I am an inmate incarcerated and have timely placed this in the prison mailbox on this the 7th of March 2005 pursuant to FRAP 4.

Respectfully Submitted,

Robert Beckley
Pro se
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

CC: Walter Prince, esq;
Helen Litsas