Lynn Weisman
Pro Se Clerks Office
US Courthouse
One Courthouse Way
Boston, MA 01730

FILED
CLERKS OFFICE
2005 MAR 18 P 12:19
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Notice of Appeal        04-CV-10906-RWZ;
                            04-CV-10909-RWZ

Dear Ms. Weisman:

Please confirm receipt of my notice of appeal that was placed in the prison mailbox on 3-7-05 appealing the orders of dismissal in both cases Beckley v. City of Boston et al 04-CV-10909-RWZ; and Beckley v. BFI, et al 04-CV-10906-RWZ of March 2, 2005.

Please forward two IFP applications, and the address for the First Circuit.

In the event that my notice of appeal has not been received as of yet, please treat this as my notice of appeal. I have placed this in the prison mailbox on 3-9-05; and therefore, it is timely pursuant to FRAP 4.

Thank you for your kind assistance.

Sincerely,

[signature]

Robert Beckley
#10 SE
FCI Fairton
PO Box 420
Fairton, NJ 08320

cc: Helen Litsas, esq.
    Walter Prince, esq.
    Shannon Lynch, esq.