## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10909

Robert Beckley

v.

City of Boston, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2005.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/05.

_____
Deputy Clerk, US Court of Appeals

_____

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10909-RWZ

Beckley v. City of Boston, et al
Assigned to: Judge Rya W. Zobel
Demand: $35000000
Cause: 42:1983 Civil Rights Act

Date Filed: 05/04/2004
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Robert David Beckley**     represented by  **Robert David Beckley**
C/O Karen Beckley
277 Concord Rd.
Bedford, MA 01730
PRO SE

V.

**Defendant**

**City of Boston**     represented by  **Amy E Ambarik**
*TERMINATED: 03/02/2005*                City of Boston Law Department

Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201
617-635-4034
Fax: 617-635-3199
Email:
Amy.Ambarik@ci.boston.ma.us

*ATTORNEY TO BE NOTICED*

**Helen G. Litsas**
City Of Boston Law

|  | Department<br>City Hall<br>Boston, MA 02201<br>617-635-4023<br>Fax: 617-635-2012<br>Email:<br>Helen.Litsas@cityofboston.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Mayor Thomas M. Menino**
*of Boston-individually and in his official capacities*
TERMINATED: 03/02/2005

represented by **Amy E Ambarik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen G. Litsas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boston Police Department**
*City of Boston*
TERMINATED: 03/02/2005

represented by **Amy E Ambarik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen G. Litsas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Evans**
*Past Massachusetts Police Commissioner*
TERMINATED: 03/02/2005

represented by **Amy E Ambarik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen G. Litsas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen O'Toole**

represented by **Amy E Ambarik**

*Present Massachusetts Police Commissioner-in her official and individual capacities*
*TERMINATED: 03/02/2005*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen G. Litsas**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Joseph King**
*Boston Police Officer in his official and individual capacities*

represented by **Kenneth H. Anderson**
Finneran, Byrne & Drechsler
Eastern Harbor Office Pk,
Neponset Circle
50 Redfield Street
Suite 201
Boston, MA 02122
617-265-3900
Fax: 617-265-3627
Email: kanderson@fbdlegal.com
*TERMINATED: 09/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Edwards, Jr.**
Prince, Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000
Fax: 617-456-8100
Email: Jledwards@plgt.com
*ATTORNEY TO BE NOTICED*

**Kristin M. Knuuttila**
Prince, Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109

617-456-8000
Fax: 617-456-8100
Email: kmknuuttila@plgt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*TERMINATED: 03/02/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Robert David Beckley.(Jenness, Susan) (Entered: 05/07/2004) |
| 05/04/2004 | 2 | COMPLAINT, filed by Robert David Beckley. (Jenness, Susan) (Entered: 05/07/2004) |
| 05/04/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 05/07/2004) |
| 05/07/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/07/2004) |
| 05/28/2004 | 3 | Judge Rya W. Zobel : ORDER entered denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. Plaintiff is granted an additional 42-days from the date of this Order to supplement his application with his trust fund account statement. copies of Application to Proceed Without Prepayment of Fees and Affidavit mailed to plaintiff with a copy of this Order. (Morse, Barbara) (Entered: 05/28/2004) |
| 05/28/2004 |  | Set Deadlines/Hearings: Filing of new applications to proceed without prepayment of fees with a copy of plaintiff's certified prison account staement due by 7/9/2004. (Morse, Barbara) (Entered: 05/28/2004) |

| | | |
|---|---|---|
| 06/04/2004 | ● | Filing fee: $ 150.00, receipt number 56514 regarding Filing Fee (Filing Fee received in check for $300.00 for CA 04-10906-RWZ and CA 04-10909-RWZ to be applied to both filing fees). (Jenness, Susan) (Entered: 06/14/2004) |
| 06/14/2004 | ● | File forwarded for screening (Jenness, Susan) (Entered: 06/14/2004) |
| 06/14/2004 | ● | Receipt for filing fee mailed to mailing address for plaintiff (Jenness, Susan) (Entered: 06/14/2004) |
| 06/17/2004 | ●5 | Letter/request (non-motion) from Mr. Beckley request for status of his case. Copy of updated docket mailed to plaintiff via us mail. (Jenness, Susan) (Entered: 06/28/2004) |
| 06/23/2004 | ●4 | Judge Rya W. Zobel : ORDER entered. The Clerk shall issue summonses for each of the named defendants in each of these actions and shall forward the summonses to plaintiff so that he may effect service of the complaint on the defendants in accordance with Fed. R. Civ. 4. For purposes of Fed. R. Civ. P. 4(m), service of the summons and complaint shall be completed within 120 days of the date the summonses are issued.(Weissman, Linn). (Entered: 06/23/2004) |
| 06/23/2004 | ● | Summons Issued as to Boston Police Department, City of Boston, Paul Evans, Joseph King, Mayor Thomas M. Menino, and Kathleen O'Toole. (Weissman, Linn) (Entered: 06/23/2004) |
| 07/09/2004 | ●6 | MOTION for Leave to Proceed in forma pauperis by Robert David Beckley.(Forwarded for consideration). (Jenness, Susan) (Entered: 07/13/2004) |
| 07/19/2004 | ●7 | Judge Rya W. Zobel : ORDER entered denying 6 Motion for Leave to Proceed in forma pauperis as moot because plaintiff has already paid the filing fee. (Weissman, Linn) (Entered: 07/19/2004) |

| | | |
|---|---|---|
| 07/21/2004 | ● | SUMMONS Returned Executed Boston Police Department served on 7/7/2004, answer due 7/27/2004; City of Boston served on 7/9/2004, answer due 7/29/2004; Paul Evans served on 7/7/2004, answer due 7/27/2004; Joseph King served on 7/7/2004, answer due 7/27/2004; Mayor Thomas M. Menino served on 7/9/2004, answer due 7/29/2004; Kathleen O'Toole served on 7/7/2004, answer due 7/27/2004. (Weissman, Linn) (Entered: 07/23/2004) |
| 07/22/2004 | ●8 | MOTION for Extension of Time to 8/13/04 to File Answer re 2 Complaint by Boston Police Department, City of Boston, Paul Evans, Mayor Thomas M. Menino, Kathleen O'Toole.(Ambarik, Amy) (Entered: 07/22/2004) |
| 07/22/2004 | ●9 | CERTIFICATE OF CONSULTATION re 8 MOTION for Extension of Time to 8/13/04 to File Answer re 2 Complaint by Amy E Ambarik on behalf of Boston Police Department, City of Boston, Paul Evans, Mayor Thomas M. Menino, Kathleen O'Toole. (Ambarik, Amy) (Entered: 07/22/2004) |
| 07/23/2004 | ● | Remark: The summonses issued by the deputy clerk on June 23, 2004, contained a typographical error in the case number for this action, listing it as 04-11909-RWZ rather than 04-10909-RWZ. Because counsel for defendants City of Boston, the Boston Police Department, Mr. Evans, Mayor Menino, and Commissioner O'Toole has appeared in this action, she will receive electronic notice of this remark. A copy of the remark will also be sent to plaintiff and Mr. King. (Weissman, Linn) (Entered: 07/23/2004) |
| 07/27/2004 | ●10 | MOTION for Extension of Time for 30 days to File Answer by Joseph King.(Urso, Lisa) (Entered: 07/27/2004) |
| 07/27/2004 | ● | Judge Rya W. Zobel : electronic ORDER entered granting 8 Motion for Extension of Time to Answer |

| | | |
|---|---|---|
| | | Boston Police Department, City of Boston, John Does, Paul Evans, Joseph King, Mayor Thomas M. Menino, Kathleen O'Toole., granting 10 Motion for Extension of Time to Answer Boston Police Department, City of Boston, John Does, Paul Evans, Joseph King, Mayor Thomas M. Menino, Kathleen O'Toole. Answer due 8/27/04. (Urso, Lisa) (Entered: 07/27/2004) |
| 07/28/2004 | 12 | SUMMONS Returned Executed Joseph King served on 7/7/2004, answer due 7/27/2004. (Johnson, Jay) (Entered: 08/03/2004) |
| 07/28/2004 | 13 | Letter/request (non-motion) from Robert Beckley requesting default judgment. (Johnson, Jay) (Entered: 08/04/2004) |
| 07/30/2004 | 11 | Letter/request (non-motion) from Robert Beckley (certified mail receipt regarding summons and default judgment). (Johnson, Jay) (Entered: 08/03/2004) |
| 08/04/2004 | 14 | Letter/request (non-motion) from Robert Beckley requesting default judgment. (Johnson, Jay) (Entered: 08/05/2004) |
| 08/12/2004 | 15 | MOTION to Stay Order to Answer Complaint by Robert David Beckley.(Johnson, Jay) (Entered: 08/17/2004) |
| 08/13/2004 | 16 | Letter/request (non-motion) from Robert Beckley regarding service of summons. (Johnson, Jay) (Entered: 08/17/2004) |
| 08/16/2004 | 17 | Letter/request (non-motion) from Robert Beckley request for the court to mail copies of complaint to all counsel of record. (Johnson, Jay) (Entered: 08/17/2004) |
| 08/17/2004 | | Judge Rya W. Zobel : ORDER entered ELECTRONIC ENDORSEMENT re 14 Letter/request (non-motion) for court order transfer. Denied.(Urso, Lisa) (Entered: 08/18/2004) |
| | | |

| | | |
|---|---|---|
| 08/17/2004 | ● | Judge Rya W. Zobel : endorsed ORDER entered granting 15 Motion to Stay. Defendants shall file responsive pleadings within 20 days after receipt of the correct complaint. (Urso, Lisa) (Entered: 08/18/2004) |
| 08/17/2004 | ● | Judge Rya W. Zobel : ORDER entered ELECTRONIC ENDORSEMENT. Treating this as a motion for leave to file correct pleadings, it is allowed. (Front page of document #15) (Urso, Lisa) (Entered: 08/18/2004) |
| 08/25/2004 | 18 | SUMMONS Returned Executed Joseph King served on 8/19/2004, answer due 9/8/2004. (Johnson, Jay) (Entered: 08/25/2004) |
| 08/25/2004 | 19 | SUMMONS Returned Executed City of Boston served on 8/18/2004, answer due 9/7/2004. (Johnson, Jay) (Entered: 08/25/2004) |
| 08/25/2004 | 20 | SUMMONS Returned Executed Mayor Thomas M. Menino served on 8/18/2004, answer due 9/7/2004. (Johnson, Jay) (Entered: 08/25/2004) |
| 09/07/2004 | 21 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by City of Boston.(Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 22 | MOTION to Dismiss *Counts I - III, Count IV (Respondeat Superior Theory), and Counts V-XI of Plaintiff's Complaint* by City of Boston.(Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss *Counts I - III, Count IV (Respondeat Superior Theory), and Counts V-XI of Plaintiff's Complaint* filed by City of Boston. (Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 24 | CERTIFICATE OF CONSULTATION re 22 MOTION to Dismiss *Counts I - III, Count IV* |

|  |  |  |
|---|---|---|
|  |  | *(Respondeat Superior Theory), and Counts V-XI of Plaintiff's Complaint* by Amy E Ambarik on behalf of City of Boston. (Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 25 | MOTION to Dismiss *Plaintiff's Complaint* by Mayor Thomas M. Menino.(Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 26 | MEMORANDUM in Support re 25 MOTION to Dismiss *Plaintiff's Complaint* filed by Mayor Thomas M. Menino. (Ambarik, Amy) (Entered: 09/07/2004) |
| 09/07/2004 | 27 | CERTIFICATE OF CONSULTATION re 25 MOTION to Dismiss *Plaintiff's Complaint* by Amy E Ambarik on behalf of Mayor Thomas M. Menino. (Ambarik, Amy) (Entered: 09/07/2004) |
| 09/09/2004 | 28 | MOTION for Extension of Time to October 11, 2004 to File Answer to Complaint by Joseph King. (Knuuttila, Kristin) (Entered: 09/09/2004) |
| 09/14/2004 |  | Judge Rya W. Zobel : electronic ORDER entered denying 28 Motion for Extension of Time to file an answer. An answer or responsive pleading shall be filed by 9/30/04. (Urso, Lisa) (Entered: 09/14/2004) |
| 09/14/2004 | 29 | SUMMONS Returned Executed Paul Evans served on 8/30/2004, answer due 9/20/2004. (Johnson, Jay) (Entered: 09/15/2004) |
| 09/14/2004 | 30 | SUMMONS Returned Executed Boston Police Department served on 8/30/2004, answer due 9/20/2004. (Johnson, Jay) (Entered: 09/15/2004) |
| 09/14/2004 | 31 | SUMMONS Returned Executed Kathleen O'Toole served on 8/30/2004, answer due 9/20/2004. (Johnson, Jay) (Entered: 09/15/2004) |
| 09/17/2004 | 32 | MOTION for Leave to File Amended Complaint by Robert David Beckley. (filed in Pencil)(Johnson, Jay) (Entered: 09/20/2004) |

| | | |
|---|---|---|
| 09/17/2004 | 33 | MOTION to Strike 22 MOTION to Dismiss *Counts I - III, Count IV (Respondeat Superior Theory), and Counts V-XI of Plaintiff's Complaint* by Robert David Beckley.(Johnson, Jay) (Entered: 09/20/2004) |
| 09/20/2004 | 34 | MOTION to Dismiss *Plaintiff's Complaint* by Kathleen O'Toole.(Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 35 | MEMORANDUM in Support re 34 MOTION to Dismiss *Plaintiff's Complaint* filed by Kathleen O'Toole. (Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 36 | CERTIFICATE OF CONSULTATION re 34 MOTION to Dismiss *Plaintiff's Complaint*, 35 Memorandum in Support of Motion by Amy E Ambarik on behalf of Kathleen O'Toole. (Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 37 | Memorandum in Support of his Motion to Dismiss Plaintiffs Complaint *Plaintiff's Complaint* by Paul Evans.(Ambarik, Amy) Modified on 9/21/2004 (Johnson, Jay). (Entered: 09/20/2004) |
| 09/20/2004 | 38 | MEMORANDUM in Support re 37 MOTION to Dismiss *Plaintiff's Complaint* filed by Paul Evans. (Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 39 | CERTIFICATE OF CONSULTATION re 37 MOTION to Dismiss *Plaintiff's Complaint*, 38 Memorandum in Support of Motion by Amy E Ambarik on behalf of Paul Evans. (Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 40 | MOTION to Dismiss *Plaintiff's Complaint* by Boston Police Department.(Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 41 | MEMORANDUM in Support re 40 MOTION to Dismiss *Plaintiff's Complaint* filed by Boston Police Department. (Ambarik, Amy) (Entered: 09/20/2004) |

| | | |
|---|---|---|
| 09/20/2004 | 42 | CERTIFICATE OF CONSULTATION re 40 MOTION to Dismiss *Plaintiff's Complaint*, 41 Memorandum in Support of Motion by Amy E Ambarik on behalf of Boston Police Department. (Ambarik, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | 44 | NOTICE of Withdrawal of Appearance Attorney Kenneth H. Anderson terminated. (Johnson, Jay) (Entered: 09/21/2004) |
| 09/21/2004 | | Notice of correction to docket made by Court staff. Correction: #37 motion to dismiss corrected because: Wrong Document was filed. #37 was filed as a Motion to Dismiss, however when opened the pleading was Memorandum in Support of Paul Evans's Motion to Dismiss. (Johnson, Jay) (Entered: 09/21/2004) |
| 09/21/2004 | 43 | MOTION to Dismiss *Plaintiff's Complaint* by Paul Evans.(Ambarik, Amy) (Entered: 09/21/2004) |
| 09/21/2004 | 45 | Opposition re 33 MOTION to Strike 22 MOTION to Dismiss *Counts I - III, Count IV (Respondeat Superior Theory), and Counts V-XI of Plaintiff's Complaint* filed by City of Boston, Mayor Thomas M. Menino. (Ambarik, Amy) (Entered: 09/21/2004) |
| 09/22/2004 | 47 | SECOND AMENDED COMPLAINT against Boston Police Department, City of Boston, John Does, Paul Evans, Joseph King, Mayor Thomas M. Menino, Kathleen O'Toole , filed by Robert David Beckley. (Johnson, Jay) (Entered: 09/23/2004) |
| 09/23/2004 | 46 | Opposition re 32 MOTION for Leave to File filed by Boston Police Department, City of Boston, Paul Evans, Mayor Thomas M. Menino, Kathleen O'Toole. (Litsas, Helen) (Entered: 09/23/2004) |
| 09/30/2004 | 48 | *Joseph King's* ANSWER to Complaint with jury demand by Joseph King.(Edwards, Joseph) (Entered: 09/30/2004) |

| 10/01/2004 | 49 | Letter/request (non-motion) from Robert Beckley filing of second amended complaint (not scanned, pleading is in Pencil). (Johnson, Jay) Modified on 10/4/2004 (Johnson, Jay). (Entered: 10/04/2004) |
|---|---|---|
| 10/07/2004 | 50 | REPLY to Response to Motion re 32 MOTION for Leave to File filed by Robert David Beckley.(not scanned, pleading in pencil) (Johnson, Jay) (Entered: 10/07/2004) |
| 10/08/2004 | 51 | Letter/request (non-motion) from Robert Beckley regarding attached order of 8/17/04 allowing for corrected pleadings. (not scanned as pleading is in pencil)(Johnson, Jay) Modified on 10/13/2004 (Johnson, Jay). (Entered: 10/13/2004) |
| 10/25/2004 | 52 | NOTICE of Appearance by Helen G. Litsas on behalf of Boston Police Department, City of Boston, Paul Evans, Mayor Thomas M. Menino, Kathleen O'Toole (Litsas, Helen) (Entered: 10/25/2004) |
| 10/25/2004 | 53 | CERTIFICATE OF SERVICE by Boston Police Department, City of Boston, Paul Evans, Mayor Thomas M. Menino, Kathleen O'Toole re 52 Notice of Appearance. (Litsas, Helen) (Entered: 10/25/2004) |
| 10/28/2004 | 54 | MOTION for Temporary Restraining Order by Robert David Beckley.(Not Scanned, Pleading in Pencil) (Johnson, Jay) (Entered: 10/29/2004) |
| 11/03/2004 | 55 | Opposition re [54] MOTION for Temporary Restraining Order filed by Boston Police Department, City of Boston. (Litsas, Helen) (Entered: 11/03/2004) |
| 03/02/2005 | 56 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 34 Motion to Dismiss, granting 37 Motion to Dismiss, granting 40 Motion to Dismiss, granting 43 Motion to Dismiss, granting 22 Motion to Dismiss, granting 25 Motion to Dismiss. All counts remain as to defendant Officer King. (Urso, Lisa) (Entered: 03/03/2005) |

| 03/11/2005 | 58 | Letter/request (non-motion) from Robert Beckley regarding status of cases. (Johnson, Jay) (Entered: 03/15/2005) |
|---|---|---|
| 03/14/2005 | 57 | ANSWER to Amended Complaint by Joseph King. (Edwards, Joseph) (Entered: 03/14/2005) |
| 03/14/2005 | 59 | NOTICE OF APPEAL as to 56 Order on Motion to Dismiss,,,,,,,,,,,, by Robert David Beckley. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/18/2005 | 60 | Letter/request (non-motion) from Robert Beckley regarding receipt of notice of appeal. (Johnson, Jay) (Entered: 03/22/2005) |