AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Robert Beckley

Plaintiff

V.

City of Boston et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
IN CLERKS OFFICE
2005 MAR 31  A 11: 53
DISTRICT COURT
OF MASS

CASE NUMBER: 04-CV-10909-RWZ

I, Robert Beckley, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   FCI Fairton

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I was just Granted IFP in the Supreme Court in: IN RE BECKLEY S.CT NO 04-6588

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    G Yes    G No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    G Yes    G No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____3/29/05_____         _____Pro se_____
       Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date: 03/02/2005          Federal Bureau of Prisons          Facility: FAI
Time: 7:54:08 am          TRUFACS
**Inmate Transaction Receipt**
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21828057 | Living Quarters: | Z01-129LDS |
| **Inmate Name:** | **BECKLEY, ROBERT DAVID** | Arrived From: | |
| Current Site Name: | Fairton FCI | Transferred To: | |
| **Housing Unit:** | **DL** | Account Creation Date: | 4/15/2003 |

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 03/02/2005 | Lockbox - CD | PMO/Other NO Hol | BECHLOR | 70127401 | | $0.47 | $25.00 | $25.47 |

Current Account Balance :      $25.47
Current Pre-Release Balance :      $0.00
Current Outstanding Negotiable Instrument Balance :      $0.00
Current Encumbered Balance :      $0.00
Current Administrative Hold Balance :      $0.00
Current Available Balance :      $25.47

*[Handwritten:]* Attach to IFP motion

IFP was granted by Supreme Court on 1-24-05. IN RE BECKLEY SCTMQ 04-6588