4-8-05

Lynn Weissman
Pro Se Clerks office
US District Court
One Courthouse Way
Boston, MA 02210

FILED
CLERKS OFFICE
2005 APR 11 P 2:42
U.S. DISTRICT COURT
DISTRICT OF MASS

RE:   04-CV-10906-RWZ / 04-CV-10909-RWZ

Dear Ms. Weissman:

Have you received my 60(b) motions that I mailed almost a month ago in both of the above cases?

Please advise. Also, please advise if they have been ruled on as of yet.

Thank you. Please reply to:

Robert Beckley 21828-057
FCI Fairton
PO Box 420
Fairton, NJ 08320

Thank you for your kind assistance

sincerely,
[signature]