US District Court
D. of Mass

| | |
|---|---|
| Robert Beckley<br>-Plaintiff Pro Se<br><br>v.<br><br>City of Boston, et al<br>-Defendants | SUPPLEMENT TO 60(b)<br>Motion for Reconsideration/<br>other applicable statute.<br><br>04-CV-10909-RWZ |

FILED CLERKS OFFICE
US DISTRICT COURT
DISTRICT OF MASS

## SUPPLEMENT

*Leave to File Supplement is hereby requested*

The pro se plaintiff also intented, through both his complaint and the exhibits attached, that the city, Mayor Menino, and Paul Evans encouraged and/or tolerated the excessive force, to wit, use of leathal force; therefore the city and the Mayor and Evans are liable. *Adekalu v New York City*, 431 F.Supp. 812 (SDNY 1977) ("A 'Police brutality' action *can be* asserted against a city if a plaintiff alleges that the city's policy making agencies or officials knowingly encouraged or tolerated the conduct of which the plaintiff complains."); also see, *Gresham v City of Chicago*, 405 F.Supp. 410 (ND Ill 1975). Thus, the plaintiff's *pro se* complaint, when afforded the liberal construction intended for *pro se* litigants, through his complaint and the exhibits incorporated as if set forth herein, properly allege a claim against the city along with the mayor and Evans.

Signed this the 13th of April 2005

[SERVICE]

The foregoing has been served upon all counsel of record on this date pursuant to FRCP 5(a)(b)

Robert [signature]