# United States Court of Appeals
## For the First Circuit

No. 05-1423

ROBERT DAVID BECKLEY,

Plaintiff, Appellant,

v.

CITY OF BOSTON, ET AL.,

Defendants, Appellees.

Before

Selya, *Circuit Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

JUDGMENT

Entered: May 3, 2005

    As the action remains pending against defendant King, this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until all claims against all defendants have been adjudicated before he may appeal the March 2, 2005 dismissal order.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Robert David Beckley, Amy E. Ambarik, Esq., Helen G. Litsas, Esq., Joseph L. Edwards, Jr., Esq., Kristin M. Knuuttila, Esq. and Walter B. Prince, Esq.]