US District Court
District of Mass

Robert Beckley
— Plaintiff

v.

City of Boston et al
— Defendants

Motion May 12 2005 for Leave to File 3rd Amended Complaint

FILED CLERKS OFFICE
US DISTRICT COURT
DISTRICT OF MASS

JUDGE ZOBEL
1:04-CV-10909-RWZ

Now comes the Plaintiff, Robert Beckley Pro Se, and hereby moves this court for leave to file an amended complaint to include the demand letters which were sent to the chief executive of the City of Boston, certified mail, for the tort claims filed in this action against Joe King and the other defendants.

These letters were denied, whereas the defendants failed to respond to them within 6 months; therefore, this court has had jurisdiction.

The Plaintiff further notes that the appeal in this case is to be dismissed as per his request to USCA.

Wherefore, the Plaintiff, having shown good cause, hereby moves this court to allow him to file a 3rd Amended Complaint.

Signed This The 9th of May 2005 under the Pains & penalties of perjury pursuant to 28 USC §1742.

Respectfully Submitted,

/s/

Robert Bourassa Rose
FCI Fairton
PO Box 420
Fairton, NJ
08320

**\*\*Service\*\***

The foregoing motion was placed in the Prison mailbox for Fairton to be mailed to [illegible]