# MANDATE

# United States Court of Appeals
## For the First Circuit

04-10909
USDC MA
Zobel, J.

No. 05-1423

ROBERT DAVID BECKLEY,

Plaintiff, Appellant,

v.

CITY OF BOSTON, ET AL.,

Defendants, Appellees.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 5/24/05

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: May 3, 2005

As the action remains pending against defendant King, this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until all claims against all defendants have been adjudicated before he may appeal the March 2, 2005 dismissal order.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Robert David Beckley, Amy E. Ambarik, Esq., Helen G. Litsas, Esq., Joseph L. Edwards, Jr., Esq., Kristin M. Knuuttila, Esq. and Walter B. Prince, Esq.]