UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10909-RWZ

ROBERT DAVID BECKLEY,
    Plaintiff,

v.

CITY OF BOSTON, BOSTON MAYOR THOMAS MENINO, in his official and individual capacities, BOSTON POLICE DEPARTMENT, Past Massachusetts Police Commissioner, PAUL F. EVANS, Present Massachusetts Police Commissioner KATHLEEN O'TOOLE, in her official and individual capacities, Boston Police Officer, JOSEPH KING, in his official and individual capacities, JOHN DOES
    Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
By its attorney:

Merita A. Hopkins
Corporation Counsel

By:   /s/ Amy E. Ambarik
Amy E. Ambarik, BBO# 637348
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4099

1

## CERTIFICATE OF SERVICE

    I, Amy E. Ambarik, hereby certify that I served the Notice of Withdrawal of Appearance, by mailing a copy, postage prepaid, to the following:

    Robert David Beckley, Pro Se
    277 Concord Rd.
    Bedford, MA  01730

| | |
|---|---|
| 6/22/04 | /s/Amy E. Ambarik |
| Date | Amy E. Ambarik |