UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>        Plaintiff,<br><br>v.<br><br>BOSTON POLICE OFFICER JOSEPH KING,<br>        Defendant. | )<br>)<br>)<br>)   C.A. No. 04-10909 RWZ<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS OF DEFENDANT JOSEPH KING

Defendant Joseph King respectfully requests this Court to dismiss the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(b) and enter a final judgment in his favor. As reasons for this motion, defendant states that plaintiff has failed to prosecute his claims in accordance with Rule 41(b) and he has failed to comply with Local Rule 83.5.2(e), which requires him to keep the Court apprised of his most recent address. At the time he filed his complaint, plaintiff was incarcerated in federal prison. He has since escaped and his current whereabouts are unknown. Officer King is irreparably prejudiced by plaintiff's failure to prosecute his claims and his unlawful escape. Because of the escape, plaintiff is likely to be incarcerated even longer. Officer King faces to prospect of witnesses becoming unavailable and their memories fading. Plaintiff should not be allowed to benefit by his escape from custody.

In further support of this motion, defendant relies on his memorandum of law and the Affidavit of Joseph L. Edwards, Jr., both of which accompany this motion.

WHEREFORE, Officer King respectfully requests this Court to dismiss all claims against him with prejudice and enter final judgment in his favor.

Respectfully submitted,
JOSEPH KING,
By His Attorneys,

Joseph L. Edwards Jr.
Walter B. Prince (BBO #406640)
Joseph L. Edwards, Jr. (BBO #564288)
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Boston, MA  02114
(617) 456-8000

Dated:  March 26, 2007

## CERTIFICATE OF SERVICE

I, Joseph L. Edwards, Jr., hereby certify that on March 26, 2007, I served a copy of the foregoing Motion to Dismiss and all associated documents on Robert David Beckley by mailing the same to him, first class mail, postage prepaid at his last known address:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA  01730


Joseph L. Edwards, Jr.