UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>            Plaintiff,<br><br>v.<br><br>BOSTON POLICE OFFICER JOSEPH KING,<br>            Defendant. | )<br>)<br>)<br>)    C.A. No. 04-10909 RWZ<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JOSEPH L. EDWARDS, JR.**

I, Joseph L. Edwards, Jr., hereby depose and state:

1. I am a counsel of record in the above-captioned case representing Defendant Joseph King, a Boston police officer.

2. On May 4, 2004, Plaintiff Robert David Beckley filed the complaint alleging, among other things, that on the evening of May 10, 2002, the City of Boston, Mayor Thomas Menino, the Boston Police Department, the City of Boston, former Police Commissioner Paul Evans, former Police Commissioner Kathleen O'Toole, Officer Joseph King, and several John Does violated his civil rights and caused him harm by committing a variety of statutory violations and common law torts.

3. In fact, plaintiff was harmed when Officer King acted lawfully to stop him from driving recklessly and endangering the lives of innocent pedestrians and others on the streets of Boston.

4. At the time he filed his complaint, plaintiff was incarcerated in a federal penitentiary. He notified Officer King that all documents related to the case were to be served on him c/o Karen Beckley, 277 Concord Road, Bedford, MA 01730.

5. Plaintiff has not taken any action on this case since May 31, 2005.

6. On March 15, 2007, I reviewed the web site for the federal Bureau of Prisons ("BOP") to ascertain whether plaintiff was still incarcerated. The web site showed plaintiff's status as "escape". A copy of the relevant BOP web page is appended hereto as Attachment 1.

7. I subsequently called Judith A. Leggett, Esquire, counsel for Browning Ferris Industries in <u>Beckley v. Browning Ferris Industries</u>, C.A. No. 04-10906-RWZ, another case filed by plaintiff arising out of the events of May 10, 2002. Attorney Leggett recounted for me her attempts to contact plaintiff and a conversation she had with his mother. <u>See</u> Affidavit of Judith A. Leggett, which is appended hereto as Attachment 2. Plaintiff's mother said that plaintiff had been released from prison and escaped from a halfway house. His whereabouts were unknown. <u>Id.</u>

8. Plaintiff has not notified Officer King or me of a current mailing address.

9. The Court dismissed <u>Beckley v. Browning Ferris Industries</u>, C.A. No. 04-10906-RWZ because of Beckley's failure to prosecute his claims.

10. Officer King is severely prejudiced by plaintiff's excessive and inexcusable delay in prosecuting his claims. The delay is likely to be much longer because plaintiff will probably have to serve more time in prison if he is recaptured. Officer King faces the possibility of witnesses becoming unavailable or unable to remember the details of the occurrences of May 10, 2002, almost five (5) years ago. In fact, one of the Boston Police internal affairs officers who investigated this case has passed away and is no longer available to testify.

Signed under the pains and penalties of perjury this 26th day of March, 2007.

<u>Joseph L. Edwards, Jr.</u>