

# Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected |
|---|---|---|---|---|---|
| 1. ROBERT DAVID BECKLEY | 21828-057 | 27 | White | M | ESCAPE |

**ID Search Criteria:** Inmate Register Number 21828-057

 New Search    FAQs    Privacy                                             Res

..............................................................................................

Home  |  About  |  Inmate Locator  |  Prison Facilities  |  Careers
Inmate Matters  |  Policy / Forms  |  Doing Business  |  News / Information

**Accessibility  |  Browser Requirements  |  Disclaimer  |  Privacy Policy  |  Search**