# EXHIBIT B

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Judith A. Leggett
Direct Dial: 617-439-7563
Direct Fax: 617-342-4931
jleggett@morrisonmahoney.com

| | |
|---|---|
| MASSACHUSETTS | NEW HAMPSHIRE |
| BOSTON | MANCHESTER |
| FALL RIVER | |
| SPRINGFIELD | NEW JERSEY |
| WORCESTER | PARSIPPANY |
| CONNECTICUT | NEW YORK |
| HARTFORD | NEW YORK |
| ENGLAND | RHODE ISLAND |
| LONDON | PROVIDENCE |

May 16, 2006

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA  01730

Re:   Robert David Beckley v. Peter Hutchings, et al.
      United States District Court, Civil Action No.: 04-11906-RWZ

Dear Mr. Beckley:

It is my intent to request the Court schedule a Status Conference relating to the above-captioned matter. In order to accommodate your schedule, I request that you provide me with your availability for same through July 15, 2006. Upon receipt of your schedule, I shall request the Status Conference be scheduled at the earliest agreeable date that the Court is available. Please provide me with your schedule by May 29, 2006. In the event I am not informed of your availability, I shall notify the Court of same and ask for the Status Conference to be scheduled as soon as possible.

Your cooperation in this matter is appreciated. Please feel free to contact me if you have any questions.

Very truly yours,

Judith A. Leggett