## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>ROBERT DAVID BECKLEY</u>
          **Plaintiff**

        **CIVIL ACTION**

    V.

        **NO.** <u>04CV10909-RWZ</u>

<u>JOSEPH KING</u>
          **Defendant**

### JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the ENDORSED ORDER entered on 4/20/07;

**JUDGMENT** is entered **DISMISSING** the complaint against all defendants.

        By the Court,

<u>  4/23/07  </u>                       <u>s/ Lisa A. Urso</u>
**Date**                             **Deputy Clerk**